CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Nov 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR25-00367 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS:<br>) 8 U.S.C. §§ 1326(a) and (b)(1) – Illegal Reentry<br>) Following Removal by a Felon; |
| ALEX FLORES-ESPINOSA, | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession<br>) with Intent to Distribute Fentanyl;<br>) 21 U.S.C. § 853 – Forfeiture |
| Defendant. | )<br>) SAN FRANCISCO VENUE<br>) |

# INFORMATION

The United States Attorney charges:

COUNT ONE:        (8 U.S.C. §§ 1326(a) and (b)(1) – Illegal Reentry Following Removal by a Felon)

On or about February 20, 2023, in the Northern District of California, the defendant,

ALEX FLORES-ESPINOSA,

an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on or about November 1, 2019, after being convicted on or about November 19, 2018, in the United States District Court for the District of Arizona, of Reentry of a Previously Removed Alien, a conviction constituting a felony, without obtaining the express consent of the Attorney General of the United States and the Secretary of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

INFORMATION                                                        1

COUNT TWO:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl)

On or about February 20, 2023, in the Northern District of California, the defendant,

ALEX FLORES-ESPINOSA

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any of the offenses alleged in Counts One through Three above, the defendant,

ALEX FLORES-ESPINOSA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

    a.   $70 of U.S. currency seized by the San Francisco Police Department on February 20, 2023.

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon exercise of due diligence;
    b.   has been transferred or sold to, or deposited with, a third party;
    c.   has been placed beyond the jurisdiction of the court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: _October 31, 2025_____        CRAIG H. MISSAKIAN
                                       United States Attorney


                                       ___/s_____
                                       SAILAJA M. PAIDIPATY
                                       Assistant United States Attorney